**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| PETE PERRON,<br><br>Plaintiff,<br><br>v.<br><br>COVETRUS, INC.,<br><br>Defendant. | C.A. No. 2:26-cv-00379-LEW |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Covetrus, Inc. ("Covetrus") respectfully moves for an extension of time to file its response to Plaintiff's Complaint. In support of its request, Covetrus states as follows:

1. Plaintiff commenced this action in Maine State Court on June 8, 2026.
2. Covetrus received service of the Summons and Complaint on June 26, 2026.
3. Covetrus filed a Notice of Removal on July 24, 2026.
4. Prior to removal, Plaintiff and Covetrus agreed to an extension of time up to and including August 7, 2026 to respond to the Complaint.
5. This Court allowed Covetrus' request. ECF No. 6.
6. Covetrus respectfully requests an additional extension of time, up to and including August 31, 2026, to respond to the Complaint. Additional time is needed since the removal of the action to federal court to review the allegations, investigate the factual and legal issues presented, obtain and evaluate relevant documents, and prepare an appropriate response.

The requested extension is made in good faith, is not sought for purposes of delay, and will not unduly prejudice the Plaintiff. Granting this request will permit the matter to be addressed on its merits and will promote the fair and efficient administration of justice.

7. Counsel for Covetrus conferred with counsel for Plaintiff regarding this request on Friday, July 31, 2026. Plaintiff assents to this request.

**WHEREFORE**, Covetrus respectfully requests that the Court enlarge the time for Covetrus to respond to the Complaint up to and including August 31, 2026.

Respectfully Submitted,

COVETRUS, INC.

By its Attorney,

*/s/ Diana A. Balluku*
Diana A. Balluku (Bar No. 006353)
Justin Keith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
1 International Place, Suite 2000
Boston, MA 02110
T: (617) 310-5292
diana.balluku@gtlaw.com
justin.keith@gtlaw.com

DATED: August 3, 2026

## CERTIFICATE OF SERVICE

I, Diana A. Balluku, counsel for Defendant Covetrus, Inc., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on August 3, 2026.

*/s/ Diana A. Balluku*
Diana A. Balluku