**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| PETE PERRON,<br><br>Plaintiff,<br><br>v.<br><br>COVETRUS, INC.,<br><br>Defendant. | Civil Action No. 2:26-cv-00379-LEW |

**DEFENDANT COVETRUS, INC.'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Covetrus, Inc. ("Covetrus") hereby moves to dismiss Plaintiff Pete Perron's ("Perron") Complaint in its entirety for failure to state a claim upon which relief can be granted. Perron seeks to convert conditional eligibility for a performance-based bonus into an enforceable right to guaranteed compensation. But under the controlling employment agreement between the parties, Perron's alleged bonus was expressly conditional and no event ever triggered a requirement for Covetrus to pay a bonus to Perron. Plaintiff also cannot plead an entitlement to the alleged bonus under the Delaware Wage Payment and Collection Act or any equitable theory because the alleged bonus is not a "wage" and a contract governs the parties' relationship.

In support of this Motion to Dismiss, Covetrus submits herewith its Memorandum of Law and supporting exhibits.

**WHEREFORE**, Covetrus respectfully requests that the Court grant its Motion to Dismiss, dismiss Perron's Complaint in its entirety, with prejudice, and grant any other relief it deems necessary and just.

Respectfully Submitted,

COVETRUS, INC.

By its Attorneys,

*/s/ Diana A. Balluku*
Diana A. Balluku (Bar No. 006353)
Justin Keith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
1 International Place, Suite 2000
Boston, MA 02110
T: (617) 310-5292
diana.balluku@gtlaw.com
justin.keith@gtlaw.com

DATED: August 31, 2026

**CERTIFICATE OF SERVICE**

I, Diana A. Balluku, counsel for Defendant Covetrus, Inc., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 31, 2026.

*/s/ Diana A. Balluku*
Diana A. Balluku